Argued and submitted July 17, 1991, taken in banc and resubmitted May 6, reconsideration denid July 8, petition for review denied May 25, 1992 (314 Or 176)

STATE OF OREGON,
*Respondent,*

*v.*

EDWARD KESLER,
*Appellant.*

(CR89-1113; CA A67168)

832 P2d 1276

Charles F. Lee, Roseburg, argued the cause for appellant. With him on the brief was Parsons, Lee & Kaser, Ltd, Roseburg.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Affirmed without opinion by an equally divided court.